In the Matter of Bickford's, Inc., Appellant,
Joseph A. Broderick, Superintendent of Banks, in
Charge of Liquidation of The Bank of United States,
Respondent.

(Argued May 31, 1932; decided June 14, 1932.)

*David B. Stillman* and *Herbert M. Greenberger* for appellant.

*Carl J. Austrian, Arthur Ofner, Warren C. Fielding* and *Harold N. Cohen* for respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.